**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA,** : <br> **Plaintiff** : <br> : <br> v. : <br> : <br> **BEVERLY A. SHELLEY; KAREN SHELLEY; BRIAN SCOTT and REBECCA SCOTT, h/w; JEFFREY W. NEPA, Esq., Personal representative of the estate of Joseph Janusziewicz; LOUISE HENRY and BASES LOADED, INC., d/b/a OUTPOST INN,** : <br> **Defendants** : | No. 3:14cv525 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, to wit, this 2nd day of April 2014, in accordance with the foregoing memorandum, we hereby use our discretion under the Federal Declaratory Judgment Act to decline to hear this case, and this action is hereby **DISMISSED** without prejudice to the plaintiff pursuing its claims in state court.

                                      **BY THE COURT:**

                                      **s/ James M. Munley**
                                      **JUDGE JAMES M. MUNLEY**
                                      **United States District Court**